# United States District Court

NORTHERN _____ DISTRICT OF _____ TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 21 2008
CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA
V.

YASER ABDEL SAID

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 3:08-MJ-298

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 1, 2008__ in __Dallas__ county, in the __Northern__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense) unlawfully, knowingly and willfully flee from the state of Texas and move in interstate commerce with the intent to avoid prosecution for the crime of Capital Murder-Multiple, a felony under the laws of the state of Texas.

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Soecial Agent of the FBI__ and that this complaint is based on the following
Official Title

facts:

SEE ATTACHED AFFIDAVIT INCORPORATED BY REFERENCE AND MADE A PART OF THIS COMPLAINT.

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant
LAURIE R. GIBBS. Special Agent,
FEDERAL BUREAU OF INVESTIGATION

Sworn to before me and subscribed in my presence,

August 21, 2008                                   at    Dallas, Texas
Date                                                     City and State

UNITED STATES MAGISTRATE JUDGE                    _____
Name & Title of Judicial Officer                   Signature of Judicial Officer

## AFFIDAVIT

I, Laurie R. Gibbs, , Affiant, under oath, duly state that I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and that the statements set forth in this affidavit are true and correct to the best of my knowledge:

1. That on 01/02/2008, in the case styled The State of Texas vs Yaser Abdel Said, arrest warrant number F-0833908, was issued by the District Clerks Office, Dallas County, Dallas, Texas, for the offenses noted in paragraph 2 below.

2. That Yaser Abdel Said, has been charged by indictment by the Dallas County Grand Jury on August 15, 2008, with unlawfully and intentionally shooting Amina Said and Sarah Said with a firearm, a deadly weapon, causing their deaths.

3. That on August 20, 2008, Affiant personally reviewed the above described documents.

4. That on August 20, 2008, Affiant received information from Detective Joseph Hennig, Irving Police Department, advising he has been working on this matter for several months and has determined from interviews with the family and subsequent investigation, that incidental to the shootings, Yaser Abdel Said fled the state of Texas. Detective Hennig was told that Said either went to New York, where he has relatives, or possibly to Egypt, where he was born and has extensive family ties, to avoid being arrested for the aforementioned offenses.

5. That on August 20, 2008, First Assistant District Attorney Terri H. Moore, wrote a letter to the Assistant United States Attorney (AUSA) assigned to Unlawful Flight to Avoid Prosecution (UFAP) warrants, requesting the assistance of the Federal Bureau of Investigation (FBI), under the Unlawful Flight to Avoid Prosecution, Title 18, Section 1073, U.S. Code. Terri H. Moore further advised that if and when Yaser Abdel Said, is located, Moore will seek to extradite and prosecute Said.

_____
Laurie R. Gibbs
Special Agent, FBI
Dallas, Texas

Subscribed and sworn to me this 21st day of August, 2008.

_____
UNITED STATES MAGISTRATE JUDGE