ORIGINAL IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No.  3:08-MJ-298· *BH* |
| v. | § | |
| | § | |
| YASER ABDEL SAID | § | |

## Motion to Unseal the Criminal Complaint and Arrest Warrant

The United States of America, by and through the United States Attorney for the

Northern District of Texas, requests that the Court unseal the Criminal Complaint and

Arrest Warrant as to the defendant for all purposes in this case.

Defendant Yaser Abdel Said, the sole defendant in this case, has been a fugitive

from justice since January 1, 2008.   In order to obtain public assistance in locating the

fugitive, the government requests that the Court unseal the Criminal Complaint and Arrest

Warrant in this case for all purposes.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

ERRIN MARTIN
Assistant United States Attorney
Texas State Bar No. 24032572
1100 Commerce Street, Suite 300
Dallas, Texas 75242
214.659.8838

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC - 3 2014

CLERK, U.S. DISTRICT COURT
By _____
Deputy

**Motion to Unseal - Page 1**