IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | No.  3:08-MJ-298 |
| v. | § § | |
| YASER ABDEL SAID | § | |

**Order Unsealing the Indictment**

Pending before the Court is the government's Motion to Unseal the Criminal Complaint and Arrest Warrant.  Having considered the motion, the Court finds the motion should be granted as follows:

It is ORDERED that the Criminal Complaint and Arrest Warrant in this case be unsealed for all purposes.

Signed this the ___3rd___ day of December, 2014.

IRMA C. RAMIREZ
United States Magistrate Judge